IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN D. CLARK,

      Petitioner,                    No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNELS, et al.,

      Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action.

/////

/////

1

1 |         2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 | pauperis form used by this district.
3 | DATED: 1/10/06
4 |
5 |                                                        /s/ Gregory G. Hollows
6 |                                                      GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
7 | GGH:bb
   clar2606.101a