```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
KEVIN CLARK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CLARK, | No. CIV S-05-2606 MCE GGH P |
| Petitioner, | |
| v. | ORDER |
| DAVID RUNNEL, et al. | |
| Respondents. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Alister McAlister, shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 2/22/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

clark.sub