IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN CLARK, | ) | |
| | ) | |
| Petitioner, | ) | No. CIV-S-05-2606 MCE GGH P |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID RUNNEL, et al., | ) | ORDER EXTENDING TIME |
| | ) | TO FILE JOINT SCHEDULING |
| | ) | STATEMENT |
| Respondents. | ) | |
| _____ | ) | |

For good cause shown, the time for Petitioner to file his Joint Scheduling Statement in the above-entitled case is extended from March 5, 2006 to May 5, 2006.

**DATED:** 3/13/06

/s/ Gregory G. Hollows

_____
**GREGORY G. HOLLOWS**
**United States Magistrate Judge**

clark.eot