IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

      Petitioner,                    No. CIV S-05-2606 MCE GGH P

   vs.

DAVID RUNNEL, et al.,

      Respondent.            <u>ORDER</u>

_____/

        On May 5, 2006, the parties filed a joint scheduling statement. After reviewing the statement, the court ORDERS that on or before August 15, 2006, petitioner shall file a supplemental points and authorities as well as any request for an evidentiary hearing; respondent's response to the petition is due within sixty days thereafter; petitioner may file a reply within thirty days thereafter.

DATED:  5/26/06

                                          /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

ggh:kj
cla2606.sch

1