IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

        Petitioner,              No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNEL, et al.,

        Respondents.      <u>ORDER</u>

_____/

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's August 14, 2006, application for extension of time is granted;

        2. On or before October 17, 2006, petitioner shall file a supplemental points and authorities as well as any request for an evidentiary hearing; respondent's response to the petition is due within sixty days thereafter; petitioner may file a reply within thirty days thereafter.

DATED:   8/23/06

                        /s/ Gregory G. Hollows

                _____

                GREGORY G. HOLLOWS

                UNITED STATES MAGISTRATE JUDGE

ggh:kj
cl2606.eot

1