IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

    Petitioner,                  No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNELS,

    Respondent.               ORDER

_____/

        On May 30, 2006, the court ordered petitioner to file on or before August 15, 2006, a supplemental points and authorities as well as any request for an evidentiary hearing. The court ordered respondent's response due 60 days thereafter. On August 23, 2006, the court granted petitioner an extension of time until October 17, 2006, to file his supplemental points and authorities and request for an evidentiary hearing.

        On October 17, 2006, petitioner filed a supplemental points and authorities as well as a notice of contemplated further action. Petitioner requests until February 2, 2007, to complete his investigation, to file his request for an evidentiary hearing and to file a supplemental points and authorities, if appropriate. Good cause appearing, this request is granted.

/////

1

1      On December 13, 2006, petitioner filed a request for an order directing the California Department of Justice to transmit to petitioner's counsel a fingerprint card. It is inappropriate for the court to order a state agency to give evidence to petitioner's counsel. Petitioner may file a stipulation and proposed order for this evidence or he may seek the fingerprint card by way of subpoena.

   Accordingly, IT IS HEREBY ORDERED that:

   1. On or before February 17, 2007, petitioner shall file a request for an evidentiary hearing and supplemental points and authorities; respondent's response is due sixty days thereafter; petitioner's reply is due thirty days thereafter;

   2. Petitioner's December 13, 2006, request for an order directing the California Department of Justice to transmit a fingerprint card to counsel is denied.

DATED: 12/26/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

cl2606.ord

2