IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

    Petitioner,        No. CIV S-05-2606 MCE GGH P

  vs.

DAVID RUNNELS, et al.,

    Respondent.      <u>ORDER</u>

_____/

       Petitioner has filed a request for extension of time to file a request for an evidentiary hearing and supplemental points and authorities.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. On or before April 30, 2007, petitioner shall file a request for an evidentiary hearing and supplemental points and authorities; respondent's response is due sixty days thereafter; petitioner's reply is due thirty days thereafter;

       2. No further extensions of time shall be granted but for a showing of substantial cause.

DATED: 3/2/07                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

cl2606.eot