IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

    Petitioner,               No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNEL, et al.,

    Respondents.          <u>ORDER</u>

                                /

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner subpoenaed the Sacramento County Department of Human Assistance (SCDHA) welfare records of Kristy Green. On June 11, 2007, SCDHA filed a motion to seal these records and provided a copy of these records to the court. Good cause appearing, the motion to seal is granted. The court further orders that petitioner's counsel, Alister McAlister, may review these records at the Clerk's Office. Petitioner's counsel may use these records only for purposes of these proceedings.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The motion to seal filed June 11, 2007, is granted;

        2. The Clerk of the Court is directed to file under seal the welfare records of Kristy Green;

1

3. Petitioner's counsel, Alister McAlister, may review these records at the Clerk's Office; petitioner's counsel may use these records only for purposes of these proceedings.

DATED:  7/24/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

cl2606.ord