IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

    Petitioner,           No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNEL, et al.,

    Respondents.        <u>ORDER</u>

_____/

        On July 24, 2006, the court ordered that petitioner's counsel could review the welfare records of Kristy Green, filed under seal, at the Clerk's Office. On July 26, 2007, respondent filed a request to modify the July 24, 2006 order so that respondent may have the same access to these records. Good cause appearing, this request is granted. The court also modifies the order to set a time limit during which the records may be reviewed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The July 24, 2006, order is modified to reflect that respondent's counsel, A. Kay Lauterbach, may review the welfare records of Kristy Green filed under seal; respondent's counsel Lauterbach may review these records at the Clerk's Office and may use the records only for purposes of these proceedings;

/////

1    2. Both counsel shall review the records of Kristy Green filed under seal within
2 thirty days of the date of this order; any motions regarding these records shall be made within
3 thirty days thereafter.
4 DATED:  8/6/07                              /s/ Gregory G. Hollows
5                                                          UNITED STATES MAGISTRATE JUDGE
6
cl2606.mod