1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN CLARK,

11            Petitioner,                  No. CIV S-05-2606 MCE GGH P

12        vs.

13   DAVID RUNNEL, et al.,

14            Respondent.          ORDER

15   _____/

16            IT IS HEREBY ORDERED that within fifteen days of the date of this order,

17   petitioner shall inform the court whether he seeks an evidentiary in this case.

18   DATED:   11/5/07

19                                        /s/ Gregory G. Hollows

20                                  _____
                                    UNITED STATES MAGISTRATE JUDGE

21

22

23
     clark2606.evi
24

25

26

                                    1