IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

    Petitioner,               No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNEL, et al.,

    Respondents.          ORDER

_____/

        In the sister case to this one, Tibon v. Jacquez, CIV-S-05-2449 GEB GGH, the undersigned found in Findings and Recommendations dated December 11, 2007, Order of Adoption, March 3, 2008, that allegations of the supposed lividity of the victim decedent in the criminal action was entirely speculative and improbable.  The undersigned has examined the present request for more monies to investigate the possible lividity of this same decedent.  Nothing in that request indicates that petitioner's counsel knows anything more about his allegation than he did in the past when he first sought and received funding.  The undersigned is unwilling to fund further investigations into the very improbable speculation.

DATED: 06/30/08                        /s/ Gregory G. Hollows

clar2606.ord                              UNITED STATES MAGISTRATE JUDGE