IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

    Petitioner,                    No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNEL, et al.,

    Respondents.              ORDER

_____/

        Petitioner's counsel has requested permission to make copies of and possess some of the Sacramento County Department of Human Assistance welfare records of Kristy Green. These records are filed under seal.  On July 24, 2007, the court ordered that petitioner's counsel could review these records at the Clerk's Office and use them only for purposes of these proceedings.

        The court will allow petitioner's counsel the copies of the requested records subject to the protective order that they must be destroyed at the conclusion of these proceedings. Counsel's use of the records is subject to the July 24, 2007, order in that they may be used only for purposes of these proceedings, and not disseminated outside of these proceedings.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall copy the Green welfare records that petitioner's counsel has requested, and shall charge counsel at the ordinary rate for copies;

2. Counsel may use these records only for purposes of these proceedings and not disseminated outside of these proceedings; counsel must destroy these records at the conclusion of these proceedings.

DATED: November 20, 2008

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

cl2606.rec