IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CLARK,

    Petitioner,               No. CIV S-05-2606 MCE GGH P

    vs.

DAVID RUNNEL, et al.,        ORDER

    Respondents.

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 8, 2008, are adopted in full.

2. Petitioner's application for a writ of habeas corpus is denied.

3. The Clerk of the Court shall file these Findings and Recommendations, with its analysis of the evidence presented herein regarding the November 2001 welfare check, in the Ninth Circuit case of petitioner's co-defendant, Helen Tibon, Appeal No. 08-16529, in order to prevent a miscarriage of justice.

Dated: December 10, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE